**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Ed W. Bankston
Attorney at Law
P. O. Box 53485
Lafayette LA 70505

**REHEARING ACTION: June 20, 2012**

**Docket Number: 12   00587-CW**

**DIONE W. DAVID**
**VERSUS**
**RICHARD G. DAVID**

**Writ Application from Iberia Parish Case No. 113919**

**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. Billy Howard Ezell
    Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Richard G. David** has this day been

    **DENIED.**

cc: L. E. "Tony" Morrow, Jr., Counsel for the Respondent